FILED
CLERK, U.S. DISTRICT COURT

06/10/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 5:21-mj-00417 |
| | 21-CR-392 |
| Ronald Mele | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Grand Jury indictment
in the U.S. District Court District of Columbia on 6/9/21
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 1/6/21
in violation of Title 18 U.S.C., Section(s) 1512(k); 1512(c); 1752(a)(1); 1752(a)(2)
to wit: Conspiracy to Obstruct Proceeding; Obstruction of Proceeding; Restricted Building or Grounds

A warrant for defendant's arrest was issued by: U.S. Magistrate Judge Faruqui

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Sealed Grand Jury indictment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/10/21
Date

_/s/_____
Signature of Agent

Dewey Stover
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (03/20)  DECLARATION RE OUT-OF-DISTRICT WARRANT