*United States Probation & Pretrial Services*

United States District Court
Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT
6/11/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

PACTS No: 7476251

**Passport Receipt**

Defendant Name: Ronald Thomas Mele
Name on passport, if different:
Country of Origin: United States of America
Date passport issued: 01/16/2018
Expiration date of passport: 1/15/2028

U.S. Probation & Pretrial Services
_____S. Barrera-Sims_____

Docket Number: 5:21-00417M

_Ronald T Mele_      6/11/21
Surrendered By      Date

Surrendered By      Date

Returned To      Date

Surrendered By      Date

**Purpose Returned**
Address (if mailed)